# UNITED STATES DISTRICT COURT

District of     MASSACHUSETTS

J. BONAFEDE CO., INC.

V.

BRADLEY R. BELL, Individually and
d/b/a B.R. BELL BROKERAGE CO. and
BELL PRODUCE CO.

FILED
CLERKS OFFICE

2005 APR 14 P 12: 30

U.S. DISTRICT COURT
DISTRICT OF MASS

**SUMMONS IN A CIVIL CASE**

CASE NUMBER:

## 05 10527 JLT

TO: (Name and address of Defendant)

Bradley R. Bell
12 Karens Way
Berkley, MA    02779

YOU ARE HEREBY SUMMONED and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Andrew M. Osborne, Esquire
OSBORNE & VISCONTI
20 Eastbrook Rd., Suite 304
Dedham, MA    02026

an answer to the complaint which is herewith served upon you, within ___20___ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

SARAH A. THORNTON



MAR - 2005.

CLERK

DEPUTY CLERK

AO 440 (Rev. 10/93) Summons in a Civil Action

**Bristol County Deputy Sheriffs' Office • P.O. Box 8928 • New Bedford, MA 02742-0928 • (508) 992-6631**

**Bristol, ss.**

April 8, 2005

I hereby certify and return that on 4/4/2005 at 01:48 pm I served a true and attested copy of the Summons and Complaint, CA Cover Sheet, Exhibit A in this action in the following manner: To wit, by leaving at the last and usual place of abode of Bradley R. Bell, 12 Karens Way, Berkley, MA 02779 and by mailing first class mail to the above-mentioned address on 4/5/2005. Copies ($4.00), Conveyance ($2.25), Travel ($17.60), Basic Service Fee ($20.00), Postage and Handling ($3.25), Attest Fee ($10.00) Total Charges $57.10

_____
Deputy Sheriff

Deputy Sheriff Benton W. Keene, III

☐ Other (specify): _____

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|--------|----------|-------|
|        |          |       |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____        _____
                 Date                        Signature of Server

                                    _____
                                    Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.