UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

```
***************************************************
                                                  *
J. BONAFEDE CO., INC.,                            *
                                                  *
         Plaintiffs                               *
vs.                                               *
                                                  *    CIVIL ACTION NO.
BRADLEY R. BELL,                                  *    05-cv-10527-JLT
Individually and doing business as                *
B.R. BELL BROKERAGE CO. and                       *
BELL PRODUCE CO.,                                 *
                                                  *
         Defendants                               *
                                                  *
                                                  *
***************************************************
```

CORPORATE DISCLOSURE STATEMENT
OF J. BONAFEDE CO., INC.
PURSUANT TO LOCAL RULE 7.3

Plaintiff, J. Bonafede, Inc. has no parent corporations and no publically held company owns more than ten (10%) percent of its stock

J. BONAFEDE CO., INC.
By Its Attorneys
OSBORNE & VISCONTI


/s/ Andrew M. Osborne
BBO#380455
20 Eastbrook Road
Dedham, MA 02026
781-326-9766