UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

J. BONAFEDE CO., INC.,

     Plaintiffs

vs.

BRADLEY R. BELL,
Individually and doing business as
B.R. BELL BROKERAGE CO. and
BELL PRODUCE CO.,

     Defendants

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

CIVIL ACTION NO.
05-cv-10527-JLT

PLAINTIFF'S MOTION FOR ENTRY OF DEFAULT
AS TO DEFENDANT BRADLEY R. BELL

Now comes the Plaintiff, J. Bonafede Co., Inc. and moves that this Court default the Defendant Bradley R. Bell for failure to file an answer or otherwise plead in response to the summons and complaint.

1. This action was filed on March 21, 2005.

2. Service of the summons, complaint and civil action cover sheet was made upon the Defendant by the Bristol County Deputy Sheriffs on April 4, 2005.

3. By order of the Court, a responsive pleading pursuant to F.R.C.P. Rule 12 was due to be filed on or before April 25, 2005. The docket reflects no such filing.

WHEREFORE, Plaintiff requests that the Defendant be defaulted

J. BONAFEDE CO., INC.
By Its Attorneys
OSBORNE & VISCONTI


/s/ Andrew M. Osborne
BBO#380455
20 Eastbrook Road
Dedham, MA 02026
781-326-9766