UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*
\*
J. BONAFEDE CO., INC.,                          \*
                                                \*
         Plaintiffs                             \*
vs.                                             \*
                                                \*     CIVIL ACTION NO.
BRADLEY R. BELL,                                \*     05-cv-10527-JLT
Individually and doing business as              \*
B.R. BELL BROKERAGE CO. and                     \*
BELL PRODUCE CO.,                               \*
                                                \*
         Defendants                             \*
                                                \*
                                                \*
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

CERTIFICATE OF SERVICE OF
PLAINTIFF'S MOTION FOR ENTRY OF DEFAULT
AS TO DEFENDANT BRADLEY R. BELL

The undersigned hereby certifies that I served Plaintiff's Motion for Entry of Default as to Defendant Bradley R. Bell by mailing a copy of the same first class mail, postage prepaid, to the Defendant at 12 Karen's Way, Berkeley, Massachusetts 02779 on April 26, 2005.

J. BONAFEDE CO., INC.
By Its Attorneys
OSBORNE & VISCONTI

/s/ Andrew M. Osborne
BBO#380455
20 Eastbrook Road
Dedham, MA 02026
781-326-9766