UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

***************************************************
J. BONAFEDE CO., INC.,

    Plaintiffs

vs.

BRADLEY R. BELL,
Individually and doing business as
B.R. BELL BROKERAGE CO. and
BELL PRODUCE CO.,

    Defendants
***************************************************

CIVIL ACTION NO.
05-cv-10527-JLT

## VOLUNTARY DISMISSAL

Now comes the Plaintiff and dismisses the above entitled action pursuant to F.R.C.P. Rule 41(a)(1), this matter having been settled by the parties.

J. BONAFEDE CO., INC.
By Its Attorneys
OSBORNE & VISCONTI

/s/Andrew M. Osborne
BBO#380455
20 Eastbrook Road
Dedham, MA 02026
781-326-9766